GAO Acupuncture, P.C. v MVAIC (2025 NY Slip Op 51179(U))

[*1]

GAO Acupuncture, P.C. v MVAIC

2025 NY Slip Op 51179(U)

Decided on July 18, 2025

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on July 18, 2025
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., CHEREÉ A. BUGGS, LISA S. OTTLEY, JJ

2024-1253 K C

GAO Acupuncture, P.C., as Assignee of Dyer, Karen Respondent, 
against
MVAIC, Appellant. 

Marshall & Marshall, PLLC (Angelique Evangelista and Frank D'Esposito of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Delsia G. Marshall, J.), entered July 12, 2024. The order, insofar as appealed from and as limited by the brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) appeals, as limited by the brief, from so much of an order of the Civil Court (Delsia G. Marshall, J.) entered July 12, 2024 as denied defendant's motion for summary judgment dismissing the complaint.
For the reasons stated in Gao Acupuncture, P.C., as Assignee of Dyer, Karen v MVAIC (___ Misc 3d ___, 2025 NY Slip Op _____ [appeal No. 2024-501 K C], decided herewith), the order, insofar as appealed from, is reversed and defendant's motion for summary judgment dismissing the complaint is granted.
BUGGS and OTTLEY, JJ., concur.
TOUSSAINT, P.J., taking no part.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 18, 2025